ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel: (714) 516-2700 ▪ Fax: (714) 532-4700
E-mail: martin@andersonlaw.net

LAW OFFICE OF JEFFREY KANE
JEFFREY KANE, State Bar No. 183974
20902 Brookhurst Street, Suite 210
Huntington Beach, California 92646
Tel: (714) 964-6900 ▪ Fax: (714) 964-6944
E-mail: lemnlaw@aol.com

Attorneys for Plaintiff William Cross

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM CROSS,<br><br>Plaintiff,<br><br>v.<br><br>LAND ROVER NORTH AMERICA, INC.,<br><br>Defendant. | Case No. SA CV 07-655 DOC (ANx)<br><br>HON. DAVID O. CARTER<br>Courtroom 9D<br><br>**JUDGMENT ON RULE 68 OFFER**<br><br>Complaint Filed: June 5, 2007<br>Trial Date: June 10, 2008 |

Defendant has made a Rule 68 Offer of Judgment and Plaintiff has accepted the offer. Accordingly, the Court grants this Judgment in favor of Plaintiff William Cross and against Defendant Land Rover North America, Inc. in the amount of $140,000.

1   Plaintiff William Cross shall also recover court costs and reasonable
2   attorney fees from Defendant Land Rover North America, Inc. in the amount of
3   $10,000.
4   This Judgment is subject to the terms and conditions stated in the offer.
5   Upon receipt of the consideration described above, Plaintiff shall return the 2006
6   Range Rover, VIN SALMAM346A229075 to Defendant with clear title.

8   DATED:   March 31, 2008

        *David O. Carter*
        ──────────────────────────────
        HON. DAVID O. CARTER
        UNITED STATES DISTRICT JUDGE

- 2 -
JUDGMENT ON RULE 68 OFFER